IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| | : **Case No.: 1:20-cv-00359** |
| **Plaintiffs,** | : |
| v. | : |
| | : |
| **SHIV HOTEL INC, A Georgia Corporation,** | : |
| | : |
| **Defendant.** | : |

_____

**NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

    Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: April 27, 2020

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
DEBORAH LAUFER

1

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: April 27, 2020

_____
UNITED STATES DISTRICT JUDGE